# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____

FOR _____ AT _____

LOCATION NUMBER: _____

**PERSON REPRESENTED** (Show your full name): William A Howe

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

**DOCKET NUMBERS**
Magistrate: _____
District Court: 04-10231-MLW
Court of Appeals: _____

**CHARGE/OFFENSE** (describe if applicable & check box →): Conspiracy, wire fraud etc, aiding & abetting
☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☒ Am Self-Employed — part time
Name and address of employer: Part time work from home — part time retiring
IF YES, how much do you earn per month? $ 1,000.—
IF NO, give month and year of last employment. How much did you earn per month? $ _____

If married is your Spouse employed? ☒ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ 2900
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ N/A

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES:
RECEIVED: $ 12-13,000 / 2000 / 900
SOURCES: Part time self employment / from Prudential pension / from Soc. Security

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, state total amount $ 200.—

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: 8000
DESCRIPTION: 2002 Mercury Sable — I owe 4000 on it.

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: self

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | Credit cards/Kramer Co. | $ 30,000 | $ 200 |
| | Auto Loan | $ 4000 | $ 600 |
| | U.S. Treasury | $ 320,000 | $ 0 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11/5/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ W. Howe