**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES** | **CRIMINAL  CASE** |
| V. | **NO. 04-10231-MLW** |
| **PETER V. MAGGIO et al**<br>　　　Defendant(s) | |

**NOTICE OF RESCHEDULING**

**WOLF, D.J.**

   The **INITIAL PRE-TRIAL CONFERENCE** previously scheduled for **AUGUST 5, 2005** at **3:00 P.M.** before Judge **Wolf**, has been RESCHEDULED for **AUGUST 5, 2005** at **2:00 PM**, in courtroom 10 on the fifth floor.

　　　　　　　　　　　　　　　　　　　　　　　**SARAH A. THORNTON**
　　　　　　　　　　　　　　　　　　　　　　　**CLERK OF COURT**


**July 14, 2005**　　　　　　　　　　　　　　By:　　/s/ Dennis O'Leary
　　Date　　　　　　　　　　　　　　　　　　　　**Deputy Clerk**

**Notice to:**
(crim-cancel.wpd - 7/99)　　　　　　　　　　　　　　　　　　　　　[ntchrgcnf.]
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　[kntchrgcnf.]