UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                               **CRIMINAL CASE**

                                                **NO. 04-10231-MLW**
               V.

**PETER MAGGIO et al**
            Defendant(s)

### NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL PRETRIAL CONFERENCE on SEPTEMBER 26, 2005 at 3:00 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

                                                SARAH A. THORNTON
                                                CLERK OF COURT

**August 25, 2005**                    By:    /s/ Dennis O'Leary
       Date                                    Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                       [ntchrgcnf.]
                                                [kntchrgcnf.]