**ELLIOT M. WEINSTEIN**
ATTORNEY AT LAW
83 Atlantic Avenue
Boston, Massachusetts 02110

MEMBER OF FLORIDA BAR

TELEPHONE:  617-367-9334
FAX:              617-523-7554
E-mail:        elliot@eweinsteinlaw.com

March 1, 2006

Dennis O'Leary
Courtroom Clerk to Chief Judge Wolf
One Courthouse Way
Boston, MA 02110

Re:    United States v. Howe
       04 CR 10231 MLW

Dear Mr. O'Leary:

At the present time Mr. Howe intends to proceed to trial.

It is fair to report that there are ongoing discussions intended to resolve the charges by plea, but no agreement has been reached.

Thank you for your courtesy.

Very truly yours,

/s/ Elliot M. Weinstein

Elliot M. Weinstein