UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10231

| United States of America | Matthew Havey et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Victor Wild | Roger Witkin, William White, |
| | Joseph Oteri, Scott Lopez |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf            CLERK   O'Leary            REPORTER Romanow

CLERK'S NOTES

| DATES: | Pretrial Conference |
|---|---|
| 4/21/06 | Attorney Elliot Weinstein for Howe is not present in court.  Court will issue a show cause order for attorney Weinstein.  Court takes up with counsel the failure to make the required filings in preparation of trial.  Court denies attorney Oteri's request to join in the motions filed by attorney Lopez.  Court reschedules the trial for August 7, 2006 and issues an amended pretrial order.  Court with the agreement of the defendants excludes all time from today through August 7, 2006. |