UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
        v.                    )    Cr. No. 04-10231-MLW
                              )
PETER V. MAGGIO, III          )
```

ORDER

WOLF, D.J.                                        April 21, 2006

Eliot Weinstein, Esq., counsel for defendant William A. Howe, failed to appear as ordered for pretrial conferences on January 31, 2006 and April 21, 2006.  Mr. Weinstein has also failed to make any of the filings required by the February 2, 2006 Pretrial Order. Accordingly, it is hereby ORDERED that Mr. Weinstein shall, by May 1, 2006, file an affidavit seeking to show cause why he should not be removed as Criminal Justice Act counsel for Mr. Howe and/or be subject to civil and/or criminal contempt proceedings.[1]

                                    /s/ MARK L. WOLF
                                    UNITED STATES DISTRICT JUDGE

---

[1] As ordered at the April 21, 2006 hearing, Mr. Weinstein shall also confer with the government and, by May 4, 2006, report whether Mr. Howe's case will be resolved by agreement or require a trial.