UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                    Cr. No. 04-10231-MLW

WILLIAM HOWE

## AFFIDAVIT

I, Elliot M. Weinstein, do hereby state:

1. I am court appointed counsel for defendant, William Howe.

2. I submit this affidavit to show cause why I should not be removed as Criminal Justice Act counsel for Mr. Howe; and why I should not be subject to civil and/or criminal contempt proceedings.

3. I did not appear at the pre-trial conference on January 31, 2006 as I was with my son that day for a medical evaluation at Kennedy Krieger Institute at Johns Hopkins Medical Center, Baltimore, Maryland. Prior to that date I asked Attorney Roger Witkin, counsel for defendant Havey, to stand in for me at the conference. I confirmed by telephone conversation on April 24, 2006 that Attorney Witkin did inform the court that he was answering for me on behalf of Mr. Howe.

4. I did not appear at the pre-trial conference on April 21, 2006 as I failed to record the scheduled conference in my calendar and thus was not properly aware that the conference was scheduled that date. I apologize for my inattention to detail and for inconvenience to the Court and co-counsel.

5. I have represented Mr. Howe since his initial appearance in November, 2004. During that time I have met with him at my office several times to discuss the indictment. Since my initial meeting with Mr. Howe it was likely that his case would not proceed to trial

      since he had co-operated extensively with government investigators prior to his indictment and prior to my being appointed as his counsel.  Although Mr. Howe did not commit himself to this result until we met at my office on April 24, 2006 (this meeting was arranged during the week of April 10, 2006), I have made certain tactical decisions as if Mr. Howe would plead guilty.  For example, I did not file pre-trial motions which would have required the government to expend the time in response or otherwise intrude on the government in any way which might have undermined Mr. Howe's status as a co-operating witness.  This also explains why I did not make any filings as otherwise required by the February 2, 2006 Pretrial Order.  I have confirmed with Assistant United States Attorney Victor Wild that Mr. Howe will resolve his case with a guilty plea; we are working towards the final form of a plea agreement.

6.    I submit that I never intentionally failed to appear before the Court; that I have adequately and properly represented Mr. Howe; and that my conduct has not been nor was it ever intended to be contumacious.

7.    For the above reasons, I submit that I should not be removed as Criminal Justice Act counsel for Mr. Howe and that I should not be subject to civil and/or criminal contempt proceedings.

Signed under the pains and penalties of perjury this 26th day of April, 2006.

                    /s/ Elliot M. Weinstein
                    Elliot M. Weinstein