```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.   ) | C.R. No. 04-10231-MLW |
| ) | |
| WILLIAM A. HOWE ) | |
|     Defendant.   ) | |

<u>ORDER</u>

WOLF, C.J.                                             June 15, 2006

    For the reasons stated in court on June 15, 2006, it is hereby ORDERED that:

    1. Elliot Weinstein, Esq., counsel for defendant William A. Howe, shall, by June 21, 2006, at 5:00 p.m., report whether Howe intends to go to trial. If the case will proceed to trial and Weinstein believes that he cannot continue to represent Howe, he shall then file a Motion to Withdraw. If Howe is requesting new Criminal Justice Act counsel, he shall file an updated financial affidavit under oath.

    2. Howe and his attorney shall appear for a conference on June 23, 2006, at 1:00 p.m.

    3. Trial remains scheduled for August 7, 2006.

                                                /s/ MARK L. WOLF
                                              UNITED STATES DISTRICT JUDGE