UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                          Cr. No. 04-10231-MLW

WILLIAM A. HOWE

## STATUS REPORT

Defendant William Howe, by his attorney, submits that he intends to offer a change of plea pursuant to FRCP, Rule 11; and further that he understands that the Rule 11 hearing is scheduled for June 23, 2006 at 1:00 p.m.

WILLIAM A. HOWE
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
83 Atlantic Avenue
Boston, MA 02110
617-367-9334

June 16, 2006

## CERTIFICATE OF SERVICE

I certify that this pleading was filed using the ECF system and service will be made upon parties by electronic mail.

/s/ Elliot M. Weinstein          June 16, 2006