### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10231

United States of America                    William Howe and Michael O'Neil
      PLAINTIFF                              DEFENDANT

Victor Wild                                 Joseph Oteri

                                            Eliot Weinstein

                                             

    COUNSEL FOR PLAINTIFF          COUNSEL FOR DEFENDANT

JUDGE   Wolf          CLERK   O'Leary          REPORTER Cloonan

### CLERK'S NOTES

| DATES: | Change of Plea Hearing |
|---|---|
| 6/23/06 | Defendant's sworn in and plea colloquy started. |
| | Government summarizes the evidence it would have presented had the case gone to trial. |
| | Defendant Howe pleads guilty to counts 1, 2-8.  Defendant O'Neill pleads guilty to counts 1, 2, 3 & 6. |
| | Court accepts the defendant's pleas and directs the clerk to enter the same. |
| | Court continues the defendants' release on the same conditions pending sentencing. |
| | Sentencing set for 9/20/2006 at 2:30 PM.  Procedural order to issue. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |