IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 04-10231-MLW |
| v. ) | |
| PETER V. MAGGIO, III, *ET AL.* ) | |

GOVERNMENT'S SUBMISSION
PURSUANT TO COURT ORDER DATED AUGUST 15, 2006

    Comes now the United States of America, by Victor A. Wild, Assistant United States Attorney for the District of Massachusetts, and files the accompanying Affidavit pursuant to Order of this Court dated August 15, 2006.

    Respectfully submitted this 25th day of August, 2006.

                                       MICHAEL J. SULLIVAN
                                       UNITED STATES ATTORNEY

                            By:  /s/ Victor A. Wild
                                 VICTOR A. WILD
                                 Assistant U.S. Attorney
                                 One Courthouse Way
                                 Boston, MA 02210
                                 (617) 748-3100