UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                          Cr. No. 04-10231-MLW

WILLIAM A. HOWE

DEFENDANT'S MOTION TO ENLARGE TIME FOR FILING SENTENCING MEMORANDUM

Defendant William Howe, by his attorney, moves that this Court enlarge the time for filing his sentencing memorandum from October 6 to October 10, 2006.

Defense counsel this week received information regarding Mr. Howe which will be included in the sentencing memorandum; further, defense counsel anticipates receiving additional information by October 9 which will also be included in the sentencing memorandum. The additional time is requested so that the sentencing memorandum will include this relevant information.

> WILLIAM A. HOWE
> By his attorney,
>
> /s/ Elliot M. Weinstein
> Elliot M. Weinstein
> 83 Atlantic Avenue
> Boston, MA 02110
> 617-367-9334

October 5, 2006

CERTIFICATE OF SERVICE

I certify that this pleading was filed using the ECF system and service will be made upon parties by electronic mail.

/s/ Elliot M. Weinstein            October 5, 2006