EXHIBIT 2

# William A. Howe

**Description of Volunteer Activities including Program Name and Address (If Known) and Approximate Length of Time of Service**

| PROGRAM NAME | TIME FRAME | DESCRIPTION |
|---|---|---|
| **Foster Parents Plan**<br>Warwick, Rhode Island<br>17 Years | **January 1967 through January 1982** | Contributed $15 per month and corresponded montly with a child from impoverished countries in South and Central America. |
| **Big Brothers**<br>Detroit, Michigan<br>1 Year | **August 1968 through August 1969** | Spent 4-5 hours per week with a fatherless boy acting as his older brother, uncle or male support person. |
| **Inner City Scholarship Fund**<br>Detroit, Michigan & Oakland, California<br>3 Years | **April 1968 through April 1971** | With the help of a local parish priest, I approved a $500 annual scholarship for an inner-city, minority student to attend college. |
| **Matching Gifts Scholarship Program**<br>The John Hancock - Boston, Massachusetts<br>8 Years | **January 1970 through June 1977** | Continuation of the scholarship set up above, where by my employer matched my gift. I helped initiate the program at John Hancock which today contributes in excess of $1 million annually. |
| **Blood Donor - Regular**<br>Boston, Massachusetts<br>24 Years | **January 1972 through 1989** | I was a regular (5-6 times per year) blood donor, first through John Hancock Blood Bank, then at Mass. General |
| **Organ Donor - National**<br>(On availability list)<br>40 Years | **January 1969 though Current** | Registered with the national Organ Donor Program (initially registered in 1969 in Michigan). When I die **all** my organs are available for donation. |
| **Kidney Transplant Offeree**<br>Detroit, Michigan & Boston, Massachusetts<br>(3 times offered) | **1969, 1973, and 2004** | On three separate occasions, once in Detroit and twice in Boston, I offered one of my kidneys to a person in need of a transplant. In all instances, however, I was rejected because of mismatched tissue/blood type. |
| **Big Brothers**<br>Boston, Massachusetts<br>7 Years | **April 1972 through August 1979** | Spent 4-5 hours per week with a fatherless boy. In this case, this particular boy, Bruce Ellis, had considerable physical (open heart surgery as an infant) and emotional (parents died and adoptive father died) problems. |
| **Little League Coach**<br>Melrose, Massachusetts<br>3 Years | **April 1980 through April 1983** | Little League Coach for Melrose minor league teams |
| **Boy Scout Assitant Leader**<br>Melrose, Massachusetts<br>5.5 Years | **August 1979 through January 1985** | Assistant Troop and Den Leader, Incarnation and St. Mary's churches in Melrose and with the Boy Scouts. |
| **Mass. Association of the Blind**<br>Brookline, Massachusetts<br>8.5 Years | **September 1981 through 1989** | Volunteer working with a blind woman who lives alone. I did her shopping, bills, driving, house cleaning, etc. Approximately 4-5 hours per week. |
| **Samaritans**<br>Boston, Massachusetts<br>5.5 Years | **June 1984 through 1989** | Suicide Prevention Hot Line volunteer. Spends 4 hours per week speaking with depressed, emotionally disturbed, and possibly suicidal individuals. |
| **Blood Platelet/Aperesis Donor**<br>Boston, Massachusetts<br>20 years | **August 1987 through 2006** | Every 2-3 weeks I spend two hours on a blood platlet removal machine. All of my blood is drained out, the platelets get removed, and then the blood is put back into me. The platelets are used for leukemia and cancer patients in addition to research. |
| **Bone Marrow Donor (On List)**<br>Boston, Massachusetts<br>13 years | **1989 - 2001** | I am "marrow typed" to be registered nationally to be available for possible bone marrow transplant patients. |
| **Children's Hopspital Volunteer**<br>Boston, Massachusetts<br>14 Years | **1992 - 2006** | As a volunteer I do a variety of tasks dealing with very sick children and their families - tranporting them from the ward to a clinic for tests, sitting with the patient to relieve the parents for a short time, and occassionally just rocking to sleep a crying sick baby. |