## WILLIAM A. HOWE - 40 YEAR HISTORY OF VOLUNTEER SERVICE

