IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL CASE NO. 04-10231-MLW |
| v. | ) |
| PETER V. MAGGIO, III, *ET AL.* | ) |

GOVERNMENT'S SENTENCING MEMORANDUM
RE: DEFENDANT **WILLIAM HOWE**

WILLIAM HOWE has pleaded guilty to:

Count One -- Conspiracy

Counts 2,3,4,7 -- Wire Fraud

Counts 5,6,8 -- Mail Fraud

The Government submits the following matters for this

Court's consideration in connection with the sentencing of

defendant WILLIAM HOWE:

I.   The Government did not file objections to the draft
     PreSentence Report.  However, as noted by the Probation
     Department, the Government reconfirms its commitment to
     recommend a finding as to defendant HOWE that the loan
     amounts aggregated $6,145,565 and that the net losses from
     those loans totaled $4,282,200, as set forth in a letter
     filed with this Court at the change of plea on June 23,
     2006.

II.  The Government submits the following with regard to the
     defendant's Objections To The Presentence Report:

     A.   Sentencing enhancement under §2F1.1(b)(2) applies for
          two independent reasons:  (1) the offenses clearly
          involved "more than minimal planning", and (2) the
          offenses clearly involved more than one victim.

B.    Sentencing enhancement under §2F1.1(b)(5)© for "use of sophisticated means" applies to the case generally and to the actions of HOWE individually.

    1.    Where the enhancement applies to the case at large, it applies to individual defendants.  the Government incorporates by reference, its discussion at pp. 6-11 of the Government's Sentencing Memorandum Re: Michael O'Neill.

    2.    Furthermore, HOWE personally employed sophisticated means in that he created bogus tax returns that appeared to be authentic for multiple years and for multiple DBA's, backed up by what appeared to be authentic financial statements for multiple years, all for entities that did not exist during the subject years.  These were further "authenticated" by a cover from HOWE representing that he was the accountant for the entities.

    3.    At p. 2 of his Sentencing Memorandum, HOWE acknowledges that he was paid a fee for preparing the bogus financial records, knowing the purpose for which they were intended.[1]

    4.    At p. 2 of his Sentencing Memorandum, HOWE acknowledges that his purpose in preparing the false financial documents was to make them effective for Maggio to obtain major financing.  To that end his paperwork certainly accomplished the purpose he intended.

C.    HOWE's argument for a sentence of "a term of home confinement and supervised release" is entirely unrealistic and inappropriate.

    1.    The facts of this case, involving massive frauds, involving multiple lenders, and extending over a lengthy period of time, does not support a non-prison sentence.

    2.    HOWE's central role in those frauds does not support a non-prison sentence.

---

[1]  It should be noted that among all of the charged participants, HOWE doubtless received the least financial benefit from the criminal activities.

2

    2.    HOWE's own criminal history, which includes prior convictions for fraud offenses and incarceration, does not support a non-prison sentence in this case.

Respectfully submitted this 17 day of October, 2006.

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By:   /s/ Victor A. Wild
      VICTOR A. WILD
      Assistant U.S. Attorney
      One Courthouse Way
      Boston, MA 02210
      (617) 748-3100

### CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the attorneys listed below a copy of the foregoing document via electronic filing.

/s/ Victor A. Wild
VICTOR A. WILD
Assistant U.S. Attorney

| | |
|---|---|
| James M. Merberg, Esq.<br>66 Long Wharf<br>Boston, MA 02110<br>Attorney for Peter V. Maggio | William M. White, Esq.<br>1 Faneuel Hall, 3rd Floor<br>Boston, MA 02109<br>Attorney for Sean Sacco |
| Joseph S. Oteri, Esq.<br>20 Park Plaza<br>Boston, MA 02116<br>Attorney for Michael R. O'Neill | Elliott M. Weinstein, Esq.<br>228 Lewis Wharf<br>Boston, MA 02110<br>Attorney for William A. Howe |
| Scott P. Lopez, Esq.<br>24 School Street<br>Boston, MA 02108<br>Attorney for Louis A. Paradiso | Roger Witkin, Esq.<br>6 Beacon Street<br>Boston, MA 02108<br>Attorney for Matt A. Havey |