IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) CRIMINAL CASE NO. 04-10231-MLW <br> ) |
| v. | ) <br> ) |
| PETER V. MAGGIO, III, *ET AL.* | ) <br> ) |

GOVERNMENT'S MOTION FOR LEAVE TO FILE *NUNC PRO TUNC*

The Government seeks leave of this Court to file its accompanying SENTENCING MEMORANDA RE: DEFENDANT LOUIS PARADISO, DEFENDANT MATT HAVEY and DEFENDANT SEAN SACCO one day beyond the time directed by this Court.

The timing and length of sentencing memoranda filed by six defendants, together with very recent receipt of the several Presentence Reports, resulted in the Government's sentencing memoranda being completed later than anticipated despite good faith effort.

WHEREFORE, the Government moves this Court for leave to file its sentencing memoranda on October 18, 2006.

Respectfully submitted this 18th day of October, 2006.

                                            MICHAEL J. SULLIVAN
                                            UNITED STATES ATTORNEY

                             By:   /s/ Victor A. Wild
                                      VICTOR A. WILD
                                      Assistant U.S. Attorney
                                      One Courthouse Way
                                      Boston, MA 02210
                                      (617) 748-3100

CERTIFICATE OF SERVICE

    This is to certify that I have this day served upon the attorneys listed below a copy of the foregoing document via ECF.

                                       /s/ Victor A. Wild
                                       VICTOR A. WILD
                                       Assistant U.S. Attorney

| | |
|---|---|
| James M. Merberg, Esq.<br>66 Long Wharf<br>Boston, MA 02110<br>Attorney for Peter V. Maggio | William M. White, Esq.<br>1 Faneuel Hall, 3rd Floor<br>Boston, MA 02109<br>Attorney for Sean Sacco |
| Joseph S. Oteri, Esq.<br>20 Park Plaza<br>Boston, MA 02116<br>Attorney for Michael R. O'Neill | Elliott M. Weinstein, Esq.<br>228 Lewis Wharf<br>Boston, MA 02110<br>Attorney for William A. Howe |
| Scott P. Lopez, Esq.<br>24 School Street<br>Boston, MA 02108<br>Attorney for Louis A. Paradiso | Roger Witkin, Esq.<br>6 Beacon Street<br>Boston, MA 02108<br>Attorney for Matt A. Havey |