**ELLIOT M. WEINSTEIN**
ATTORNEY AT LAW
83 Atlantic Avenue
Boston, Massachusetts 02110

MEMBER OF FLORIDA BAR

TELEPHONE:  617-367-9334
FAX:  617-523-7554
E-mail:  elliot@eweinsteinlaw.com

October 31, 2006

Dennis O'Leary
Courtroom Clerk to Chief Judge Wolf
One Courthouse Way
Boston, MA 02110

HAND DELIVERED

Re:  United States v. Howe
     04 CR 10231 MLW

Dear Mr. O'Leary:

    Mr. Howe intends to refer to the enclosed information and data when he exercises his right of allocution at his sentencing hearing on November 3.

    Probation Officer Sean Buckley suggested that I provide these items to you so that Chief Judge Wolf will have the opportunity to review them prior to the hearing.

    Thank you for your courtesy.

Very truly yours,

Elliot M. Weinstein

cc:  Victor Wild, AUSA