```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
                              )
     v.                       )    C.R. No. 04-10231-MLW
                              )
MATT A. HAVEY                 )
WILLIAM A. HOWE               )
PETER V. MAGGIO,              )
SEAN SACCO,                   )
MICHAEL O'NEIL,               )
LOUIS A. PARADISO,            )
     Defendants.              )
```

<u>ORDER</u>

WOLF, D.J.                                          November 3, 2006

For the reasons described in court on November 3, 2006, it is hereby ORDERED that:

1. The parties shall, by November 13, 2006, supplement their submissions to address their sentencing recommendations in view of the Guideline ranges that have now been calculated and to brief further the law concerning inter-defendant disparity. Copies shall be served on the Probation Department.

2. The sentencing hearing will continue on November 17, 2006, at 1:00 p.m.

                                                                        UNITED STATES DISTRICT JUDGE