UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                              Cr. No. 04-10231-MLW

WILLIAM A. HOWE

DEFENDANT'S MOTION TO STAY EXECUTION OF SENTENCE AND EXTEND TIME TO SELF SURRENDER

Defendant William Howe, by his attorney, moves that this Court stay execution of his sentence and extend the time for him to self surrender until July 8, 2007.

Mr. Howe requests this time in order that he be able to maximize his opportunity and ability to donate blood platelets.  Mr. Howe has determined that if he were to commence his sentence on January 8, he would be able to make a maximum of 48 blood platelet donations allowing for a one year waiting period upon release from prison until age 70.  Alternatively, if he commences his sentence on July 8, 2007 he would be able to continue blood platelet donations until July, 2007 and would be able to make a maximum of 72 blood platelet donations allowing for the same one year waiting period upon release from prison until age 70.

WHEREFORE, Mr. Howe requests that his sentence be stayed until July 8, 2007 and that he be permitted to self surrender to a Bureau of Prisons facility on that date.

WILLIAM A. HOWE
By his attorney,

/s/ Elliot M. Weinstein
Elliot M. Weinstein
83 Atlantic Avenue
Boston, MA 02110
617-367-9334

November 27, 2006