UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                                                  Cr. No. 04-10231-MLW

WILLIAM A. HOWE

DEFENDANT'S MOTION FOR BOP DESIGNATION

     Defendant William Howe, by his attorney, moves that this Court recommend to the Bureau of Prisons that he serve the sentence imposed at the Satellite Camp, FMC, Devens, Devens, Massachuetts.

                                                  WILLIAM A. HOWE
                                                 By his attorney,

                                                 /s/ Elliot M. Weinstein
                                                 Elliot M. Weinstein
                                                 83 Atlantic Avenue
                                                 Boston, MA 02110
                                                 617-367-9334

November 27, 2006