UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

V.                              Cr. No. 04-10231-MLW

WILLIAM A. HOWE

DEFENDANT'S MOTION TO EXTEND TIME FOR SELF SURRENDER

Defendant William Howe, by his attorney, moves that this Court extend the date for his self surrender to commence his sentence from January 8, 2007 to February 12, 2007.

This motion is made on behalf of Mr. Howe and at the request of the U.S. Marshals Service because the Bureau of Prisons has not yet designated the facility at which Mr. Howe will serve his sentence and to which he must self surrender. The U.S.Marshals Service asked counsel to request an additional month for self surrender which customarily is on a Monday and thus the requested extension to February 12, 2007.

WILLIAM A. HOWE
By his attorney,


/s/ Elliot M. Weinstein
Elliot M. Weinstein
83 Atlantic Avenue
Boston, MA 02110
617-367-9334

January 5, 2007