**BOSTON HERALD**

## New England Red Cross makes call for donors

Facing an unexpected shortage of blood supply, the New England American Red Cross is asking for people to donate at local drives.

As of yesterday, some area ~~[redacted]~~ much ~~[redacted]~~ the preferred three-day supply, said Red Cross spokeswoman Donna M. Morrissey. October usually is one of the most productive months for blood donation, but Morrissey said donations have been down.

As an incentive, everyone who donates blood will be entered to win playoff tickets to see the Red Sox at Fenway Park.

(A) THERE IS CURRENTLY A CRITICAL SHORTAGE

(B) I HAVE DONATED OVER 300 UNITS (BLOOD + PLATELETS) FOR [illegible] DURING THE PAST 40 YEARS.

I STILL HAVE 10-15 YEARS LEFT IN ME TO DONATE

Carl Edwards: First Chase win in two seasons.

## Newsline
News ■ Money ■ Sports ■ Life

# Blood banks' fresh approach: ~~[redacted]~~

### Some states lower age limit, appeal online

By Lori Kurtzman and Peggy O'Farrell
USA TODAY

America's blood banks are looking for young blood.

An aging donor population and ever-changing donor restrictions have blood banks nationwide trying new ways to lure young donors.

Some, including blood banks in Washington, Kansas and Georgia, have dropped their minimum age for donors from 17 to 16. Others are using networking sites MySpace and Facebook, recruiting at rock concerts and raffling off iPods.

Some rules are being relaxed. Scottsdale, Ariz.-based United Blood Services — which provides blood to hospitals in 18 states — is allowing freshly tattooed donors to give blood, if the work is done at a state-regulated parlor, said communications director Barb Kain. Those donors had previously been deferred for a year.

The focus on youth comes as the ~~[redacted]~~. A study recently ~~[redacted]~~ in the AABB (formerly the American Association of Blood Banks) journal, *Transfusion*, found that only about 111 million people — about 37% of the USA's population — are eligible to donate. That's about 66 million fewer than previously thought.

According to the study, ~~[redacted]~~ including permanent bans on people with hepatitis and temporary bans on those with new piercings.

Sharon Pavlovsky, spokeswoman for the America's Blood Centers, a network of 77 blood banks that collect more than 9 million units of blood a year, also cites the aging of traditional donors as a factor.

Pavlovsky says about 15 million units of blood are collected each year. About 14.2 million units are used — roughly 39,000 per day — and about 500,000 units can't be used, often because the average 42-day shelf life has passed.

While the collection number is not dropping rapidly or causing centers to panic, Pavlovsky says, "it could get worse in the future."

"You have to fill the voids when every generation ages and starts using the blood vs. being able to donate it," she says.

A comic book character, The Red Defender, highlights a new "Blood Saves" Ad Council campaign to reach 17- to 24-year-old donors. In 2006, the Red Cross, AABB and America's Blood Centers proposed replacing the lifetime ban of gay men from donating blood with a one-year deferral. The Food and Drug Administration announced in May that the ban, in place since 1983 to prevent the spread of HIV, would continue.

Kurtzman and O'Farrell report for *The Cincinnati Enquirer*. Contributing: The Associated Press.

**Donor restrictions**

Reasons for permanent restrictions can include:
▶ Hepatitis after age 11.
▶ History of injected drug use.
▶ Certain blood-borne disorders and liver disorders.
▶ Ever having AIDS or being at increased risk of contracting AIDS.
▶ Spending more than three months in the United Kingdom from 1980 through 1996.
▶ Spending five or more years in Europe since 1980.
▶ Spending more than six months on military bases in Europe from 1980 through 1996.

Source: Community Blood Center, Dayton, Ohio

Exhibit C

# WORLD of WONDER

*Exploring the realms of History, Science, Nature & Technology*

# BLOOD

*We know it is red and that we need it to live, but this vital fluid that runs through our vessels does more than most people think.*

**World of Wonder Next Week: CROWS AND RAVENS**



## What is blood?

Blood is made mostly of cells and plasma. Plasma is the liquid part of blood. Cells move and float in the plasma. Because blood is made up of living cells, it is alive. Blood needs vitamins and minerals to stay alive, and it has a life cycle.

**Red blood cells** contain hemoglobin, a molecule that holds oxygen and carries it to cells.

## What does it do?

The heart pumps blood throughout our bodies. As blood circulates, it carries oxygen and nutrients to our cells. It also removes waste. Blood regulates our body temperature and carries chemicals, hormones and antibodies that control a variety of functions and help fight infections.

Blood travels through the arteries when delivering oxygen and nutrients and returns through

## Plasma

Plasma is a yellow, transparent liquid that makes up about 55 percent of the body's blood. Plasma is approximately 90 percent water. Hundreds of other substances and chemicals, such as electrolytes, nutrients, vitamins, hormones, clotting factors and proteins, make up the remaining 10 percent of plasma.

## Supply and demand

You need a healthy supply of blood to live. Your body is always making new supplies of blood. How much blood we have depends on size and altitude. The average human body has about 5.3 quarts (5 liters) of blood. People who live at a higher altitude may have up to 2 quarts (1.9 liters) more blood. The extra blood is needed to deliver more oxygen to the body's cells. Blood makes up 7 percent to 8 percent of a person's body weight.

## Blood types

Not everyone has the same kind of blood. Blood cells contain proteins called **antigens**. Blood types are determined by the presence of antigens.

There are two basic antigens, A and B. A person with the A antigen has type A blood. A person with the B antigen has type B. If the person has both A and B, he or she has type AB blood. If a person has neither the A nor B antigen, he or she has type O. Rh factors make the blood even more individual. People who have Rh antigens are



# The cells

Blood cells are made primarily in bone marrow (the soft tissue inside our bones).



- Arteries
- Veins

and returns through the veins.



**Red blood cells are also called erythrocytes (ih RIHTH roh sytz).**

**White blood cells are also called leukocytes (LOO koh sytz).**

**Platelets (PLAYT litz) are also called thrombocytes (THRAHM boh sytz).**

**Red blood cells** (RBCs) carry oxygen from the lungs to body tissues. When oxygen mixes with a protein called hemoglobin in red blood cells, it turns the cells a red color. They have an indented, disklike shape. Mature red blood cells do not have nuclei. The body has more red blood cells than any other type of cell. A red blood cell has a life span of about four months. New red blood cells are produced every day to replace those that have died or have been lost.

**White blood cells** (WBCs) help fight infection. There are several types and sizes of white blood cells. Most are transparent and round. White blood cells typically live for a couple of weeks. If the body is fighting an infection, it might increase production of white blood cells.

**Platelets** are tiny, oval-shaped cells that help stop bleeding by causing blood to clot. Platelets live about nine days and are always being replaced by new cells.

# Transfusions



| AB | 1% |
| O+ | 38% |
| O- | 7% |

individual. People who have Rh antigens are Rh positive. People who do not have Rh antigens are Rh negative. In the United States, 85 percent of the population is Rh positive and 15 percent is Rh negative.

If needed, blood can be transferred from one person to another through a process called a transfusion. Autologous blood donation is when a person donates his or her own blood for personal use.

When a person gives blood, the whole blood can be separated into a variety of components, such as plasma, red blood cells, platelets, albumin and immunoglobulins. Blood banks collect blood from donors, screen it for infectious diseases and separate it into components before storing it. Whole blood can be refrigerated for up to 49 days. Plasma and red blood cells can be frozen and stored for several years.

As a general rule, a person who donates blood must be at least 17 years old, weigh more than 110 pounds and be in good health. Blood can be donated every eight weeks.



This illustration is based on a 1948 poster painted by Les Schlaikjer. It encourages blood donations by showing how a transfusion can save the life of a young child. This picture and others are featured in the American Red Cross Poster Coloring Book at www.redcross.org/museum/coloringbook.pdf

SOURCES: World Book Encyclopedia, World Book Inc.; Everyday Science Explained, National Geographic Society; AABB; The Red Cross; www.kidshealth.org/parent/general/body_basics/blood.html; health.howstuffworks.com

# Some important milestones in blood research





**c. 2500 B.C.** Egyptian tomb paintings suggest that the body is comprised of four humors — blood, phlegm, black bile and yellow bile.

**c. 400 B.C.** Greek physician Hippocrates show the bleeding of a patient.

**1628** English physician William Harvey explains blood circulation.

**1665** Richard Lower performs the first known blood transfusion in animals.



**1818** Britain's James Blundell performs the first known human-to-human blood transfusion. (The patient died.)

**1914** Blood storage becomes possible.

**1937** First blood bank opens.

**1939-1945** Plasma is used in war hospitals.

**1987-2002** Tests to screen donated blood for infectious diseases (such as HIV and hepatitis) are developed.

James Blundell

[Handwritten annotations:]
(A) ONE PLATELET DONATION IS 5 TIMES THIS AVERAGE PLATELET DONATION
(B) NO ARTIFICIAL BLOOD
(C) KEVIN MY NEIGHBOR DONATES BLOOD
(D) VICTOR MY NEIGHBOR DONATES PLATELETS AVG TWO YR

 Children's Hospital Boston

A teaching affiliate of Harvard Medical School

300 Longwood Avenue, Boston, Massachusetts 02115
617-355-6000
www.childrenshospital.org

CHILDREN'S HOSPITAL BLOOD DONOR PROGRAM   Telephone 355-6677



WILLIAM ROWE
53 GARFIELD ROAD
MELROSE, MA 02176

Dear William

We are writing to inform you that you have reached an exceptional milestone.

In reviewing our files, we noted you have donated ~~gallons of~~ OVER 160 DONATIONS blood to the Children's Hospital Blood Donor Program. Over 10,000 people donate blood each year at Children's but only a very special few reach the 20 gallons mark.

ON AVERAGE, ONE PIERCING OR ALL PLATELET DONATIONS EACH YEAR.

The children appreciate ~~your dedication.~~ Consider this: each unit of blood helps ~~~~ 1 children in need of a transfusion. On behalf of the children and their families, we thank you for your generous and ongoing contribution.

The next time you come into Children's to donate, bring this letter with you. You will receive a pin reflecting the number of gallons that you have donated. It was designed especially for dedicated donors like yourself, who realize the importance and necessity of donating blood.

Cordially,

*Steven R. Sloan*

Steven R. Sloan, M.D.
Medical Director
Blood Donor Center

By GERALDINE A. FERRARO

IN NOVEMBER 1998, I WAS DIAGnosed with a disease I had never heard of: ███████ ██████ ██ ███ affects more than 50,000 Americans. When I asked my doctor what the prognosis was, I was told that the average life expectancy was three to five years. Talk about being hit over the head with your own mortality.

I decided not to tell anyone about my illness except for my immediate family and a few close friends. So to keep the news of my illness from getting out, I would go to the hospital afterhours for treatment to avoid having people see me. At the public level, I didn't say or do anything.

But my eldest daughter, Donna, did. She became involved with the Multiple ███████ ████████ ██████████, and, as a producer for the "Today" show, she pressed to give the disease national exposure. Ann Curry liked the idea and decided to take on the issue (she continues to be involved). No one asked Donna why she was interested in the disease, and she never volunteered the reason. I remained silent. In June 2001, Donna told me that the foundation, which is in the forefront of raising money for research, was having trouble getting hearings before a Senate Appropriations subcommittee. Was there anything I could do? she asked. By that time, I knew the importance of raising public awareness: new therapies had the potential to render this cancer a chronic—rather than fatal—illness. But more research money was needed. I told her to call Sen. Arlen Specter's office and tell his staff that if he'd have the hearing, I would testify. "Are you sure you want to do this?" she asked. I wasn't, but I knew there was no turning back. I immediately got a call from the senator, himself a cancer survivor, and, partisan politics aside, I was invited up to the Hill to testify. I've been talking openly about my disease ever since.

I routinely get calls from multiple-myeloma patients around the country. One conversation in particular sticks out: it was from a retired teacher in Montana who explained that he was feeling terribly fatigued. When I asked him about his hemoglobin levels (you get to know about this stuff when you have a blood cancer), they were startlingly low. "Oh, my God, they're not giving you Procrit or Aranesp or one of the other anemia medicines?" I asked. "No. I can't afford it. It costs $800 a shot," he said. He explained that he'd had

**N** Join Geraldine Ferraro for a Live Talk, Friday, Oct. 26, at 2 p.m. ET, at **Newsweek.com**

to devise a cheaper alternative to manage the anemia. ████████ ██████████ ██ ████████ ██████ ██ ██ ███ ████ ██████ ████ ████ ████ ████ $50," he said.

Is that what this country should be doing to its people? And yet, it happens all the time. A woman I've become acquainted with at the Amtrak counter in New York has a friend with multiple myeloma. He's not doing well and has just gone to a hospice. The reason? ███████████████████

# How to Mend A Sick System

A politician learns firsthand the need for health-care reform.



**SPEAKING OUT:** *Ferraro is living with blood cancer*

███████████████ it would cost him for the medication that could save his life. Living with this disease, I've seen firsthand just how broken our nation's health-care system is. People who have insurance and money get the treatment they need to live, and those who don't—well, it's a crapshoot. Like most serious diseases, multiple myeloma isn't cheap to treat. I have cycled through several drugs and chemotherapies, and I've had a stem-cell transplant. I now get weekly targeted chemotherapy infusions that cost more than $1,000 each. I couldn't tell you the price of my treatment since my diagnosis, but it hasn't been an issue because I have insurance. When the insurance doesn't cover it, I write a check.

Don't get me wrong. It's not that I feel guilty about living. But it's unconscionable that we have a health-care system where people are denied the treatment they need because they can't afford it. I've talked to Sens. Ted Kennedy and Hillary Clinton, House Majority Leader Steny Hoyer (they're my friends and really concerned about this issue) and anyone else who will listen about how we can fix the problem. It's not an easy thing to do. Senator Kennedy told me that last year he'd invited some pharmaceutical companies to discuss voluntary solutions to the problem of soaring drug costs. Only half showed up. "They're not interested," he told me. "No, it's not that they're not interested," I said, "it's that they're getting away with it." It amazes me that in Italy, you can buy drugs for a fraction of what they cost here. Why? Because Italy and many other countries regulate the price of drugs. Yet here in the United States, consumers and insurers are subsidizing those cheap drugs by paying high prices to the pharmaceutical companies. That's not fair.

Yes, I understand that research is expensive. But most of it is being done, at least for multiple myeloma, by incredible doctors, like Ken Anderson and his team at ████ ██████ ████████, who get dribs and drabs in grants out of the $250 million authorized by Congress during those 2001 hearings. I'm glad the drug companies are making a profit. That's the American way. But I do want them to understand that the way they are doing it is killing our health-care system, and lots of Americans are dying prematurely and unnecessarily.

If there's one thing I'd like to be able to do as a result of my having cancer, it's to use it as a springboard to help fix our health-care system. I don't have an answer for how to achieve that goal. But I do know that unless we talk openly about the ailment, we will never find a remedy. If my disease has taught me anything, it's that the price of silence is too high. ■

PHOTOGRAPH BY DAN BURN-FORTI FOR NEWSWEEK

---

Handwritten annotations:

(A) MY PLATELETS WILL BE USED FOR RESEARCH THE FIRST YEAR.

(B) MY PLATELETS ARE DONATED FOR FREE

(C) DANA FARBER RECEIVES ALL THEIR BLOOD SUPPLIES FROM CHILDREN'S HOSPITAL DONATIONS

Sunday Oct. 14/07
1:00 P.M. 50°

Dear Bill

So good to hear from and all is well. I miss you very much and look forward to your return before the holidays.

It is a lovely fall afternoon - sunny but cool I hear. Some of the leaves are beginning to show a little color.

In about another week, they should be colorful.

Very busy here, getting ready for Halloween. Will have a party for children. Have been decorating bags and filling them with goodies. Then the party for the center is on Halloween.

Three prizes for costumes and one for best decorated pumpkin.

- 2 -

Please the writing. At times my hand does cooperate with my wrist as it should.

We are also in the midst of working on Holiday items, such as wreaths, sun catches and trays/bases, some require painting. I have special paints.

Had a phone call from Marlene in Florida. ~~She was~~ ~~worried about me as I~~ ~~did not~~ send Thanksgiving cards to Canada this year. Thought I was ill.

~~In fact,~~ trying to think of something to send as I believe this will ~~be~~ ~~my~~ last year to send any kind of greeting cards, except birthday ~~ones~~. I will think of something.

We still keep in touch with

-3-

Louis, from rehab, who is in Iraq. In last letter said he had been busy and was working nights. Weather cooler, only in the 70's, rather than 110-118 in days. Been busy also training someone as he may return home end of year.

Have not heard from family but guess they are all okay except Uncle Joe.

Guess this is it for now as I have to send a few lines to Louis in Iraq.

So for now -
Miss You / Love You
Aunt Edie