UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | Criminal Case No. 04-10231-MLW |
| | ) | |
| WILLIAM A. HOWE | ) | |
| Defendent, Reg #16742-038 | ) | |

Motion to Amend Defendent's 11/01/07 Motion to Request Sentence Reduction, And a Motion to Request a Status Update

Now comes the defendant, William A. Howe, pro se, inmate #16742-038, to Amend his 11/01/07 Motion Requesting a Sentence Reduction. The reason for this present motion is obvious; to wit the requested release date has already passed, and no action was taken on the motion.
Therefore I am assuming the Motion is still pending before this court and I am now requesting to modify my request for a 12/22/07 release date. I am now requesting a release date of 2/21/08, which represents a change in my sentence to a one year sentence, as opposed to a 21 month sentence. This change would also have the effect of equalizing my incarceration time with my co-defendents Mr. Deveau, Mr. O'neil, and Mr. Paridiso.
Thus a one year sentence for William Howe will bring all of the co-defendents' sentences in line with each other, except for Mr. Maggio and Mr. Sacco. This results in a fairer and more equitable sentence for all parties. There is a more uniform parity of sentence; which is in line with the basic concept and principle of fairness within our judicial system.
In addition, two of the other aforementioned benefits (in the original motion), will also take place:
    One. I'll be able to begin work sooner, thus being able to make quicker restitution payments. And,
    Two. I'll be able to once again donate blood platelets 5 months sooner.
One final item to comment upon, The U.S. Department of Probation visited my wife at our residence on Jan. 25, 2008, and found the house satisfactory for when I am released to my residence. Of note is his comment made to my wife during the inspection, after my wife asked why he was inspecting our home so soon. And he saud, ..." well, Mr. Howe should be released soon, by 2/29/08, to a halfway

- 2 -

house, 180 days prior to his release date of 8/29/08. And he could be home confined within a short time after that, so now is an appropriate time to inspect the house".

So even the Probation Dept. is under the impression that inmates are sent to halfway houses on their 6 month date, rather than their 10% Date, as is the case in the First District, where I am presently housed.

In summary, therefore, I am respectfully requesting a sentence of incarceration, which is commensurate and fair and equal to my other co-defendents. Thus, I am requesting a modification to my original sentence, from 21 months of incarceration, to 12 months incarceration, plus 3½ years fo supervised release. Thank you.

> Respectfully submitted by,
>
> *[signature]*
>
> William A. Howe
> Inmate # 16742-038

### Certificate of Service

I hereby certify that a copy of the foregoing/attached motion was served by first class mail upon the office of Victor Weitz, Asst. U.S. Attorney, U.S. District Courthouse, One Courthouse Way, Boston, Ma. 02110, this 6th day of February, 2008.

> *[signature]*
> ―――――――――――――
> William A. Howe
> Defendent/Inmate
> #16742-038